# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**WILLIAM DALE BROWN, # 50388**                                                       **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 5:09cv126-DCB-MTP**

**UNKNOWN HOLLIS, ET AL.**                                                 **DEFENDANTS**

## ORDER

THIS MATTER is before the court on a Motion [26] to Compel Discovery filed by Plaintiff. In the motion, Plaintiff requests that the court order Defendants to respond to a letter request for discovery served on September 23, 2009, as well as to a First Request for Production of Documents propounded on or about March 15, 2010.

As this matter is still in the screening stage, the court finds that Plaintiff's motion is premature. Moreover, by Order [14] dated December 7, 2009, the court stayed discovery until further order of the court, and no further order has been entered. Accordingly,

IT IS ORDERED that Plaintiff's Motion [26] to Compel Discovery is denied.[1]

SO ORDERED this the 21st day of May, 2010.

                                                      s/ Michael T. Parker
                                                      United States Magistrate Judge

---

[1] By separate Order, the court shall set this case for an omnibus hearing, during which the court will, *inter alia*, address the issue of discovery.